# EXHIBIT A

# Accounts

MENU

## Dailyhumor_4u

**4.4M Followers**
- +70K Followers Weekly
- 200 Million Weekly impressions
- 74% USA Audience

 ADVERTISE ON DAILYHUMOR!

MENU



# Thefuck.tv

**1.3M+ Total Followers | 10k Daily New Followers**
**- 50 Million Weekly impressions**
**- 75% USA Audience**

➕ ADVERTISE ON THEFUCK.TV!

MENU



Any questions? Don't hesitate to contact us!

Send us a message and one of our team members will try to get back to you as quick as possible.

CONTACT US

© 2018. Lit Media Group.

All Rights Reserved.






   

7:56

thefuck.tv

THEFUCK.TV

2,629 Posts | 2.1M Followers | 140 Following

**The Fuck . . .**
🤯 Videos that make you go WTF
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫

Submit your video 👇
bit.ly/videosubmit
Followed by **insta.single**, **alicedoodledoo318** and **8 others**

Follow | Message

Fashion Nova
🎥 SUBMIT

Search



**dailyhumor_4u** Follow •••

23,860 posts    5.3m followers    179 following

**Dailyhumor**
Your Daily Dose of Humor
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫
No Copyright Intended (DM to Remove)
_____

👇 Submit Your Videos
**dailyhumor.co**

Followed by streetvines, schoolfeeling, epicfunnypage + 27 more

**This Account is Private**

Follow to see their photos and videos.