# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-154-979**

**Effective Date of Registration:**
January 02, 2019

## Title

Title of Work: late for meeting

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: October 25, 2013
Nation of 1st Publication: United States

## Author

- Author: David Lee Lewandowski
  Author Created: entire motion picture
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1984

## Copyright Claimant

Copyright Claimant: David Lee Lewandowski
3125 carlyle street, apt5, los angeles, CA, 90065, United States

## Limitation of copyright claim

Material excluded from this claim: preexisting music

New material included in claim: all other cinematographic material

## Rights and Permissions

Name: David Lee Lewandowski
Email: dlewminati1@gmail.com
Address: 3756 W. Avenue 40 Suite K
#168
los angeles, CA 90065 United States